<div style="writing-mode: vertical-rl">United States District Court — For the Northern District of California</div>

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICK FUTIA,<br><br>    Plaintiff,<br><br>v.<br><br>GARRETT A. RAJKOVICH,<br><br>    Defendant.<br>_____/ | No. C 05-02997 JSW<br><br>**ORDER OF REFERRAL TO MAGISTRATE JUDGE FOR ALL PURPOSES** |

    Pursuant to Local Rule 72-1 and the consent of the parties, this matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all purposes including trial and entry of judgment. The Case Management Conference set for October 28, 2005 at 1:30 p.m. before the undersigned is HEREBY VACATED.

    The parties will be advised of the date, time and place of the next appearance by notice from the Magistrate Judge.

**IT IS SO ORDERED.**

Dated: October 24, 2005

                                                JEFFREY S. WHITE<br>
                                                UNITED STATES DISTRICT JUDGE

cc: Wings Hom