UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rick Futia,<br><br>           Plaintiff,<br><br>  v.<br><br>Garrett A. Rajkovich, et al.,<br><br>           Defendants.<br>_____/ | No. C 05-2997 WDB<br><br>ORDER REQUESTING REASSIGNMENT TO A SAN JOSE DIVISION MAGISTRATE JUDGE PURSUANT TO CIVIL LOCAL RULES 72-1 AND 3-2(f) |

      In their October 21, 2005, joint Case Management Conference Statement, the parties in the above-referenced case consented to have the case assigned to a United States Magistrate Judge for all purposes including trial and entry of judgment. Accordingly, this case was reassigned to the undersigned Magistrate Judge.

      Review of plaintiff's Complaint and the parties' joint Case Management Conference Statement, however, reveals that a substantial part of the events which give rise to plaintiff's claims appear to have occurred in the County of Santa Clara.[1] The Court therefore finds that this action arose within Santa Clara County for the purposes of Civil Local Rule 3-2(e). Accordingly, pursuant to Civil Local Rules 72-1 and 3-2(f), the Court respectfully requests

---

[1] Plaintiff's Complaint states that, "This case should be assigned to the San Jose intradistrict because the incident occurred in, and Plaintiff's right arose in, the San Jose intradistrict." Plaintiff's Complaint, filed July 22, 2005, p.3, ¶ 6.

1

1 | that this case be transferred to a Magistrate Judge assigned to the San Jose Division of the
2 | Northern District of California.
3 |     IT IS SO ORDERED.
4 | Dated: October 26, 2005      /s/ Wayne D. Brazil
    WAYNE D. BRAZIL
5 |     United States Magistrate Judge

Copies to:
Parties, WDB.

2