UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| RICK FUTIA, | ) | Case No.: C 05-2997 PVT |
|            Plaintiff, | ) ) | **ORDER Continuing Case Management Conference** |
| v. | ) ) | |
| GARRETT A. RAJKOVICH, et al., | ) ) | |
|            Defendants. | ) ) | |

On January 18, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

IT IS HEREBY ORDERED that the Case Management Conference is continued to March 14, 2006 in order to allow Plaintiff time to amend the complaint to add the subject restaurant as a named Defendant and to serve the amended complaint. No later than March 7, 2006, the parties shall file a new Joint Case Management Conference Statement.

Dated: *1/18/06*

*[signature]*
PATRICIA V. TRUMBULL
United States Magistrate Judge