UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICK FUTIA, ) | Case No.: C 05-2997 PVT |
|         Plaintiff, ) | **CASE MANAGEMENT CONFERENCE ORDER** |
| v. ) | |
| GARRETT A. RAJKOVICH, et al., ) | |
|         Defendants. ) | |

    On March 14, 2006, the parties appeared before Magistrate Judge Patricia V. Trumbull for a Case Management Conference. Based on the parties' Joint Case Management Statement, and the discussions held at the Case Management Conference,

    IT IS HEREBY ORDERED that the court adopts the parties' statement of disputed factual and legal issues as set forth in the Case Management Conference Statement.

    IT IS FURTHER ORDERED that no later than April 3, 2006, any party who has not already filed a Consent to Proceed Before a United States Magistrate Judge shall file either a Consent to Proceed Before a United States Magistrate Judge, or else a Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment. Although two recently served parties had not yet consented to Magistrate Judge jurisdiction, the court proceeded with the Case Management Conference with the parties' understanding that the schedule set in this

order will likely change if the case is later reassigned to a district court judge.

IT IS FURTHER ORDERED that the deadline for joinder of any additional parties, or other amendments to the pleadings, is sixty days after entry of this order.

IT IS FURTHER ORDERED that the presumptive limits on discovery set forth in the Federal Rules of Civil Procedure apply to this case.  However, the parties shall have until May 15, 2006 to serve their initial disclosures.

IT IS FURTHER ORDERED that as of April 17, 2006 this case is referred into the court's mediation program.  No later than April 20, 2006 the parties shall contact the court's ADR department to make the appropriate arrangements.

IT IS FURTHER ORDERED that the following schedule shall apply to this case:

| | |
|---|---|
| Fact Discovery Cutoff | 10/6/06 |
| Designation of Experts with Reports | 1/5/07 |
| Designation of Rebuttal Experts with Reports | 1/19/07 |
| Expert Discovery Cutoff | 2/2/07 |
| Last Day for Dispositive Motion Hearing | 10:00 a.m. on 2/13/07 |
| Final Pretrial Conference | 2:00 p.m. on 3/27/07 |
| Trial | 9:30 a.m. on 4/9/07 |

IT IS HEREBY ORDERED that the parties shall comply with the Standing Order for Civil Practice in Cases Assigned for All Purposes to Magistrate Judge Patricia V. Trumbull  (rev. 1/5/06), a copy of which is attached hereto,[1] with regard to the timing and content of the Joint Pretrial Statement, and all other pretrial submissions.

Dated: *3/15/06*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] A copy of Judge Trumbull's standing order is available from the clerk of the court.  It is also available on the court's website at www.cand.uscourts.gov by clicking first on the "Judges" button, then on Judge Trumbull's name, then on the "Magistrate Judge Trumbull's Standing Orders" link, and finally on the bullet for "Mag Judge Trumbull's General Order for all purposes (01/5/06)."