| | |
|---|---|
| 1 | DAVID I. KORNBLUH, ESQ. (SBN 162310) |
|   | dik@millermorton.com |
| 2 | ANGELA F. STOREY, ESQ. (SBN 217942) |
|   | afs@millermorton.com |
| 3 | MILLER, MORTON, CAILLAT & NEVIS, LLP |
|   | 25 Metro Drive, 7th Floor |
| 4 | San Jose, CA  95110-1339 |
|   | Telephone:  (408) 292-1765 |
| 5 | Facsimile:  (408) 436-8272 |
| 6 | Attorney for Defendants/Cross-Complainants |
| 7 | JOSEPH DURANTE, ESQ. (SBN 38364) |
|   | Email: durantecable@comcast.net |
| 8 | LAW OFFICE OF JOSEPH DURANTE |
|   | Mailing Address: P.O. Box 6899, San Jose, CA 95150 |
| 9 | 2258 Cottle Avenue |
|   | San Jose, CA 95125 |
| 10 | Phone: 408/269-9050 |
|   | Fax: 408/269-9051 |
| 11 | |
| 12 | Attorneys for Cross-Defendants/Cross-Complainants |
| 13 | Thomas N. Stewart, III, Esq. |
|   | Email: T__Stew_3@yahoo.com |
|   | Attorney at Law |
| 14 | 369 Blue Oak Lane, 2nd Floor |
|   | Clayton, California  94517 |
| 15 | Telephone:  (925) 672-8452 |
|   | Facsimile:  (925) 673-1729 |
| 16 | |
|   | Attorneys for Plaintiff |
| 17 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICK FUTIA, | ) | Case No.: C 05 2997 PVT |
|  | ) | |
| Plaintiff, | ) | **STIPULATION TO CONTINUE ADR** |
|  | ) | **DEADLINE AND ORDER THEREON** |
| vs. | ) | |
|  | ) | |
| GARRETT A. RAJKOVICH, DAVID N. RAJKOVICH, RANDALL P. RAJKOVICH and NIKETTEN PUJALET, | ) ) ) ) | |
| Defendants. | ) | |
| And related cross-actions. | ) ) ) ) | |

1

STIPULATION TO EXTEND ADR DEADLINE
AND ORDER THEREON

Futia v. Rajkovich, et al.
Case No.: C052997 PVT

THIS STIPULATION between and among Plaintiff (FUTIA) through, his attorney Thomas N. Stewart, all Defendants, Cross-Complainants and Counterdefendants (RAJKOVICH et al.), through their attorneys David L. Kornbluth and Angela F. Storey of MILLER, MORTON, CAILLAT & NEVIS, LLP and Cross-Defendants and Counterclaimant (PATTAS/CARDINAL), through their attorney Joseph Durante, is being entered into in the light of the following recitals:

A. That Mediation, currently scheduled for May 30, 2006 before G. Scott Emblidge, Esq. is being requested to be postponed for a period of 90 days in order to permit the parties to engage in settlement negotiations of the entire case.

B. Plaintiff's counsel, with the consent of other counsels, designated and engaged his expert early in these proceedings for the purpose of pursuing an early settlement of the case.

C. Although acting with due diligence in Plaintiff's designation and engagement of Plaintiff's expert Jonathan Adler of Access Compliance Services, in arranging for inspection of the subject premises and in obtaining an early expert's report, such report was not made available to all the parties until May 18, 2006.

D. That the report made a series of recommendations the cost of which will need to be determined by contractors before the parties can begin negotiations. It is reasonably contemplated that in the light of the on-going busy construction season, estimates will not be readily given by contractors. Accordingly, the parties have agreed to postpone mediation, in the hope that it may not be necessary at all, in the light of the serious, good faith efforts being made by all parties to settle the case.

**NOW, THEREFORE, THE PARTIES HERETO STIPULATE THAT**

1. Mediation, currently set for May 30, 2006, be continued to a date for future setting by the parties and Mediator on or before 90 days from May 30, 2006 in order to allow the parties to obtain the requisite economic information based on the expert report that will enable them to engage in settlement negotiations.

/ / /

/ / /

/ / /

2

STIPULATION TO EXTEND ADR DEADLINE                    Futia v. Rajkovich, et al.
AND ORDER THEREON                                      Case No.: C052997 PVT

2.  The parties shall endeavor to complete negotiations within the first 60 days thereby leaving the next 30 days for rescheduling of Mediation, if it should become necessary.

DATED: May 26 , 2006

/s/_____
THOMAS N. STEWART, Attorney for Plaintiff

/s/_____
DAVID L. KORNBLUH, Attorney for Defendants, Cross-Complainants and Counterdefendants

/s/_____
JOSEPH DURANTE, Attorney for Cross-Defendants and Counterclaimant

Pursuant to General Order 45, section X.B., I, the undersigned, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Dated: May 26, 2006        /s/_____
                            DAVID I. KORNBLUH

**ORDER**

Good cause appearing therefor, and, in the interest of justice and judicial economy, the Stipulation is approved and Mediation is continued to a new date to be set by Mediator and the parties on or before the expiration of the 90 days extension, should the case not settle.

**IT IS SO ORDERED.**

DATED: 5/29/06

PATRICIA V. TRUMBULL
UNITED STATES MAGISTRATE JUDGE

3

STIPULATION TO EXTEND ADR DEADLINE          Futia v. Rajkovich, et al.
AND ORDER THEREON                            Case No.: C052997 PVT