THOMAS N. STEWART, III - #88128
ATTORNEY AT LAW
369 BLUE OAK LANE, 2nd FLOOR
CLAYTON, CA 94517
TELEPHONE (925) 672-8452
TELEFAX (925) 673-1729
Attorneys for Rick Futia

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICK FUTIA,                                                          Case No.  C 05-2997 PVT

    Plaintiff,                                                     STIPULATION OF DISMISSAL; ORDER

v.

GARRETT A. RAJKOVICH,
DAVID N. RAJKOVICH,
RANDALL P. RAJKOVICH and
NIKETTE N. PUJALET,

    Defendants.
_____/

and RELATED CROSS-ACTION.

_____/

    The parties hereto stipulate as follows:

    The parties have reached a full and final settlement of all issues in this action.  A Settlement Agreement between and among the parties has been fully executed.

Some parts of the Settlement Agreement are to be performed in the future. The parties shall comply with their Settlement Agreement, a copy of which is incorporated by reference as if fully set forth. The parties request the Court to retain jurisdiction for one year(s) from the date hereof in order to enforce the terms of the Settlement Agreement under the authority of *Kokkonen v. Guardian Life Insurance Co. Of America,* 511 U.S. 375, 381-82 (1994).

Although the parties are hereby dismissing this entire action with prejudice, they agree that the Court will retain jurisdiction over this action and the parties hereto in order to be able to enforce the terms of the Settlement Agreement.

IT IS HEREBY STIPULATED by and between and among the parties to this action through their designated counsel that this action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(2), and the Court retains jurisdiction to enforce the terms of the Settlement Agreement for one year(s) after the date hereof.

Date:   August 21, 2006


_S/David L. Kornbluh,____
Attorney for  Garrett A. Rajkovich, David N. Rajkovich,
Randall P. Rajkovich and Nikette N. Pujalet

//

//

//

//

//

//

Date: August 21, 2006


_S/Thomas N. Stewart, III,_
Attorney for Plaintiff


Date: August 16, 2006


_S/Joseph Durante,_____
Attorney for Tasso Pattas, Soula Pattas and
Cardinal Coffee Shops & Lounges, Inc.



IT IS SO ORDERED:


Date:  8/21/06                             _Patricia V. Trumbull_
                                                      Judge